UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAZAR DENT, AKA CAESAR AGUSTO JIMENEZ-MENDEZ, | ) ) ) ) | CASE NO. 3:18-cv-822 |
| PETITIONER, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | MEMORANDUM OPINION |
| WILLIAM BARR, et al., | ) ) ) | |
| RESPONDENTS. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 19 [R&R].) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same. Accordingly, the Court grants the motion of respondent William Barr to

dismiss as moot the petition for a writ of habeas corpus filed by petitioner Sazar Dent. This action is closed.

**IT IS SO ORDERED**.

Dated: April 23, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**